1  Lynne M. Cadigan (AZ #009044)
   **LYNNE CADIGAN LAW, PLLC**
2  504 S. Stone Avenue
   Tucson, AZ 85701
3  Telephone: (520) 622-6066
4  Facsimile: (520) 882-4373
   lmcadigan@cadiganlawfirm.com
5  *Co-Counsel for Plaintiffs*

6
   John Trebon (AZ #005375)
7  **JOHN TREBON, P.C.**
   308 N. WC Riles St.
8  Flagstaff, Arizona 86001
   Telephone: (928) 779-1713
9  Facsimile: (928) 774-1265
10 jtrebonlaw@gmail.com
   *Co-counsel for Plaintiffs*
11

12              **IN THE UNITED STATES DISTRICT COURT**

13                **FOR THE DISTRICT OF ARIZONA**

14 Jane Smith, a single woman.                    Case No.: 4:25-cv-00025-JGZ

15              Plaintiff,
   vs.
16                                                 **JOINT SETTLEMENT STATUS**
                                                   **REPORT**
17 Tucson Unified School District, a political
   subdivision of the State of Arizona; Zobella
18 Brazil Vinik, a single person;                 **(Honorable Jennifer G. Zipps)**

19              Defendants.

20

21        The parties, through counsel, as directed in the Scheduling Order dated 2/25/25,

22 submit the following status report to the Court:

23        Numerous depositions have been completed by both parties, a mental exam of the

24 Defendant has been completed by TUSD, a motion to compel discovery is pending with

25 the Court and a Mediation has been scheduled for October 14, 2025. The parties have not

26

27 yet discussed settlement, but hopefully will at the upcoming mediation.

28

                                        1

DATED this 23rd day of September, 2025

**DAVID K. PAUOLE**
**WELKER & PAUOLE, PLC**

*/s/David Pauole*
David Pauole
Heather Hampstead
*Attorneys for Defendant TUSD*


**LYNNE CADIGAN LAW, PLLC**
-and-
**JOHN TREBON, P.C.**

*/s/John Trebon*
John Trebon
Lynne M. Cadigan
*Attorneys for Plaintiff*

ORIGINAL OF THE FOREGOING
electronically filed this 23rd day of September, 2025,
through the CM/ECF System for filing with:

Clerk of Court
United States District Court

And a copy emailed/mailed to:

David Pauole
Heather Hampstead
**Welker & Pauole PLC**
10429 South 51st Street, #285
Phoenix, Arizona  85044
dpauole@wplawfirm.com
hhampstead@wplawfirm.com
*Attorneys for Tucson Unified School District*

Zobella Vinik
350 W. Simpson St.
Tucson, AZ 85701
*Defendant*

By: /s/S. Bollhoefer