David K. Pauole (021965)
Heather M. Hampstead (032954)
WELKER & PAUOLE, PLC
10429 South 51st Street, Suite 285
Phoenix, AZ  85044
(480) 961-0040
dpauole@wplawfirm.com
hhampstead@wplawfirm.com
Attorneys for Defendant Tucson Unified School District

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Smith, a single woman, | No. 4-25-cv-00025-JGZ |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Tucson Unified School District, a political subdivision of the State of Arizona; Zobella Brazil Vinik, a single person; | |
| Defendants. | |

Defendant Tucson Unified School District hereby gives notice that the parties have reached a settlement. The parties will execute a stipulation to dismiss with prejudice and submit it to the Court with a proposed order.

DATED this 20th day of October, 2025.

> WELKER & PAUOLE, PLC
>
> By  /s/ David K. Pauole
>     David K. Pauole
>     Heather M. Hampstead
>     10429 South 51st Street, Suite 285
>     Phoenix, AZ  85044
>     Attorneys for Defendant Tucson Unified
>      School District

**CERTIFICATE OF SERVICE**

     I hereby certify that on October 20, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

COPIES mailed to:

The Honorable Jennifer G. Zipps
United States District Court
Evo A. DeConcini U.S. Courthouse
405 West Congress Street, Suite 5190
Tucson, AZ  85701-5053

  /s/ Cindy M. Opsahl
6927-1813