# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Smith, | No. CV-25-00025-TUC-JGZ (MAA) |
| Plaintiff, | **ORDER** |
| v. | |
| Tucson Unified School District, et al., | |
| Defendants. | |

Having reviewed the parties' Stipulation to Dismiss with Prejudice (Doc. 92), and good cause appearing,

**IT IS ORDERED** that this case is **dismissed with prejudice**, each party to bear its own costs and fees. The Clerk of the Court is directed to close this matter.

Dated this 5th day of December, 2025.

_____
Jennifer G. Zipps
Chief United States District Judge